UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE BELLA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124,<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE BERING WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9149225,<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE PANDI WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9105073,<br><br>  --and--<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE LUNA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208100,<br><br>  Defendants. | Civil A. No. 20-1791<br><br>**UNDER SEAL** |

**PROPOSED ORDER**

Upon consideration of Governments' motion for leave to file under seal and no opposition thereto, it is hereby **ORDERED** that Government's motion is GRANTED.

It is further **ORDERED** that the motion to seal (ECF 7) and all related documents including the motion for interlocutory sale, declaration, and order, remain SEALED.

August 27, 2020  
Date

HON. JAMES E. BOASBERG  
U.S. DISTRICT COURT JUDGE