UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE BELLA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124, et al.,<br><br>Defendants In Rem, and<br><br>MOBIN INTERNATIONAL LIMITED,<br><br>OMAN FUEL TRADING LTD., and<br><br>SOHAR FUEL TRADING LLC FZC,<br><br>Claimants. | Civ. No. 20-cv-01791 (JEB) |

**CLAIMANTS MOBIN INTERNATIONAL LIMITED, OMAN FUEL TRADING LTD., AND SOHAR FUEL TRADING LLC FZC'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN DEFENDANT PROPERTY**

Claimants Mobin International Limited ("Mobin"), Oman Fuel Trading Ltd. ("Oman Fuel"), and Sohar Fuel Trading LLC FZC ("Sohar Fuel") hereby submit this verified claim pursuant to Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action, Federal Rules of Civil Procedure, and assert their interests in the Defendant Properties in this matter as follows:

1. Claimants are intermediary purchasers and sellers of the Defendant Properties:

    a. The petroleum-product cargo aboard the vessel Bella with International Maritime Organization ("IMO") number 9208124 ("Defendant Property 1");

      b. The petroleum-product cargo aboard the vessel Bering with IMO number 9149225 ("Defendant Property 2");

      c. The petroleum-product cargo aboard the vessel Pandi with IMO 9105073 ("Defendant Property 3"); and

      d. The petroleum-product cargo aboard the vessel Luna with IMO number 9208100 ("Defendant Property 4").

2. Mobin is the charterer and shipper for all the Defendant Properties and is the owner of all the petroleum-product cargo that was aboard the Bella and the Bering.

3. Oman Fuel is an owner and shipper of petroleum-product cargo that was aboard the Pandi and the Luna.

4. Sohar Fuel is an owner and shipper of petroleum-product cargo that was aboard the Luna.

5. Accordingly, for the reasons set forth below, which will be further demonstrated during these proceedings, Claimants assert their respective interests in and claims to these Defendant Properties.

**Background**

6. Mobin is an entity incorporated under the laws of the United Arab Emirates ("UAE"), and its address is P.O. Box 1141195, 1303 Nassim Tower, Sheikh Zayed Road, Dubai, UAE. Mobin's principal place of business is Ras al Khaimah, UAE, and its primary business activity is the purchase, sale, and transport of all kinds of petroleum products. Mobin is owned, controlled, and operated by a natural person, Samika Kohli.

7. Oman Fuel is an entity incorporated under the laws of the United Kingdom, and its address is 51 Creighton Road, London W5 4SH, United Kingdom. Oman Fuel is owned,

controlled, and operated by Mahmoud Madanipour, and its primary business activity is the purchase, sale, and transport of petroleum products.

8. Sohar Fuel is an entity incorporated under the laws of the Sultanate of Oman, and its address is P.O. Box 100, Postal Code 322, Sohar Free Zone, North Al Batinah Governorate, Oman. The primary business activity of Sohar Fuel is the purchase, sale, and transport of petroleum products.

### Claimants' Interests in the Defendant Properties

9. During this proceeding, Claimants will demonstrate their valid claims to and superior rights, titles, and interests in the Defendant Properties. Specifically:

   a. Mobin purchased all the cargoes and chartered all four vessels carrying those Defendant Properties;

   b. Mobin is the owner and shipper of 65,545 MT of petroleum-product cargo that was aboard the Bella and the Bering;

   c. Oman Fuel is the owner and shipper of 39,519 MT of petroleum-product cargo that was aboard the Pandi and the Luna;

   d. Sohar Fuel is the owner and shipper of 26,059 MT of petroleum-product cargo that was aboard the Luna;

   e. All of the Defendant Properties were sold onward by Claimants to Citi Energy FZC, the intended receiver of all four cargoes, with payment due upon delivery of the bills of lading;

   f. The Defendant Properties all were seized aboard the four vessels on or about August 14, 2020;

g. At the time they were seized, the Defendant Properties were destined for Trinidad for sale to customers in Peru and Colombia;

h. As a result of the seizure of the Defendant Properties, the bona fide agreements between Mobin, Oman Fuel, Sohar Fuel, and their counterparties remain unfulfilled;

i. Therefore, Claimants Mobin, Oman Fuel, and Sohar Fuel retain a financial stake in those agreements and have immediate right to title, possession, and control of the Defendant Properties.

*****

10. For the reasons stated above, Claimants Mobin International Limited, Oman Fuel Trading Ltd., and Sohar Fuel Trading LLC FZC assert their interests in and claims to the Defendant Properties. Exhibit A—Verification of Mobin International Limited; Exhibit B—Verification of Oman Fuel Trading Ltd.; Exhibit C—Verification of Sohar Fuel Trading LLC FZC.

Dated:  September 1, 2020

Respectfully submitted,
/s/ Erich C. Ferrari, Esq.
Erich C. Ferrari, Esq.
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Attorney for Claimants*