## VERIFICATION

I, Samika Kohli, on behalf of Mobin International Limited ("Mobin"), verify under penalty of perjury under the laws of the United States of America that I have authority to act on behalf of Mobin, and that the foregoing Verified Claim and Statement of Interest the Claimant in this matter is true and correct.

Executed this **31** day **August** of 2020

_____
*Samika Kohli*
*on behalf of Mobin International Limited*