**VERIFICATION**

I, Mahmoud Madanipour, on behalf of Oman Fuel Trading Ltd. ("Oman Fuel"), verify under penalty of perjury under the laws of the United States of America that I have authority to act on behalf of Oman Fuel, and that the foregoing Verified Claim and Statement of Interest the Claimant in this matter is true and correct.

Executed this  30  day of  August , 2020



*Mahmoud Madanipour*
*on behalf of Oman Fuel Trading Ltd.*