## **VERIFICATION**

I, Mahmoud Madanipour, on behalf of Sohar Fuel Trading LLC FZC ("Sohar Fuel"), verify under penalty of perjury under the laws of the United States of America that I have authority to act on behalf of Sohar Fuel, and that the foregoing Verified Claim and Statement of Interest the Claimant in this matter is true and correct.

Executed this __1__ day of _____August_____, 2020

_____
*Mahmoud Madanipour*
*on behalf of Sohar Fuel Trading LLC FZC*