AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-CV-01791 |
| ALL PETROLEUM-PRODUCT CARGO ET. AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mobin International Ltd.; Oman Fuel Trading Ltd.; Sohar Fuel Trading FZC LLC     .

Date:   09/01/2020

*Attorney's signature*

Erich C. Ferrari DC 978253
*Printed name and bar number*
1455 Pennsylvania Avenue NW
Suite 400
Washington, D.C. 20004

*Address*

ferrari@falawpc.com
*E-mail address*

(202) 280-6370
*Telephone number*

(877) 448-4885
*FAX number*