UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL PETROLEUM PRODUCTS ABOARD THE BELLA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124, et al.,<br><br>    Defendants,<br><br>MOBIN INTERNATIONAL LIMITED, et al.,<br><br>    Claimants. | Civil Action No. 20-1791 (JEB) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak and withdraw the appearance of former Assistant United States Attorney Zia M. Faruqui as counsel for Plaintiff the United States of America in this action.

Dated: September 15, 2020
       Washington, DC

                                      Respectfully submitted,

                                      */s/ Brian P. Hudak*
                                      BRIAN P. HUDAK
                                      Assistant United States Attorney
                                      U.S. Attorney's Office
                                      555 Fourth Street, NW
                                      Washington, DC 20530
                                      (202) 252-2549

                                      *Attorney for the United States of America*