# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE BELLA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124, et al.,<br><br>  Defendants In Rem, and<br><br>MOBIN INTERNATIONAL LIMITED,<br><br>OMAN FUEL TRADING LTD., and<br><br>SOHAR FUEL TRADING LLC FZC,<br><br>  Claimants. | Civ. No. 20-cv-01791 (JEB) |

## CLAIMANTS MOBIN INTERNATIONAL LIMITED, OMAN FUEL TRADING LTD., AND SOHAR FUEL TRADING LLC FZC'S MOTION TO DISMISS THE VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Claimants Mobin International Limited, Oman Fuel Trading Ltd., and Sohar Fuel Trading LLC FZC (collectively, the "Claimants"), by and through undersigned counsel, hereby move for dismissal of the Verified Complaint for Forfeiture *In Rem* pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of their motion, Claimants submit the accompanying Memorandum and Proposed Order.

Dated:  September 22, 2020

Respectfully submitted,

<u>Erich C. Ferrari, Esq.</u>
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Attorney for Claimants*