UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PETROLEUM PRODUCTS ABOARD THE *BELLA* WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124, et al.,<br><br>Defendants In Rem,<br><br>- and -<br><br>MOBIN INTERNATIONAL LIMITED, et al.,<br><br>Claimants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 20-1791 (JEB) |

## **NOTICE REGARDING MOTION TO DISMISS**

By and through its undersigned counsel, Plaintiff United States of America ("United States" or "Government") respectfully submits this notice regarding the schedule for briefing the motion to dismiss (ECF No. 13) filed by Claimants Mobin International Limited, Oman Fuel Trading Ltd., and Sohar Fuel Trading LLC FZC (collectively, "Claimants").

Claimants appeared in this case by filing a claim on September 1, 2020.  *See* ECF No. 11. Thereafter, on September 22, 2020, Claimants filed a motion to dismiss.  *See* ECF No. 13.

After Claimants appeared in the action, on September 9, 2020, the United States served special interrogatories on Claimants pursuant to Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") to the Federal Rules of Civil Procedure ("Rules").  By operation of Supplemental Rule G(6)(c), the United States'

obligation to respond to Claimants' motion to dismiss does not arise until 21 days after Claimants answer the United States' special interrogatories.  *See* Fed. R. Civ. P., Supp. R. G(6)(c).

After the United States agreed to an extension for Claimants to respond, Claimants provided initial responses to the special interrogatories on October 14, 2020.  Based on the date of Claimants' initial responses, the Government's response to Claimants' motion to dismiss would be due on November 4, 2020.  That said, in responding, Claimants objected to, and did not answer, a number of the interrogatories propounded by the United States.  *See id.*

The United States is reviewing Claimants' initial responses.  Should the United States conclude that Claimants' initial responses are inadequate under Supplemental Rule G(6)—i.e., that Claimants have not "answered" the interrogatories such that the United States' time to respond to the motion to dismiss has begun to run—and that further responses would assist the Court's resolution of Claimants' motion to dismiss, the United States intends to meet and confer with Claimants.  If the United States reaches this conclusion, it intends to file a status report on or before November 4, 2020, apprising the Court of the status of this matter.

On the other hand, if the United States concludes it is prudent to proceed with briefing Claimants' motion to dismiss, it will treat November 4, 2020, as its current operative deadline to respond to Claimants' motion to dismiss.  If the United States reaches this conclusion, it will file its opposition to Claimants' motion to dismiss, or seek to extend that deadline, on or before November 4, 2020.

In either event, the United States respectfully notifies the Court that it intends to make a further filing in this matter on or before November 4, 2020.

Dated: October 19, 2020
       Washington, DC

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney


By: _____/s/_____
    BRIAN P. HUDAK
    MICHAEL P. GRADY
    Assistant United States Attorneys
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-7566 (main line)

*Attorneys for the United States of America*