UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALL PETROLEUM PRODUCTS ABOARD THE *BELLA* WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124, et al.,<br><br>        Defendants In Rem. | Civil Action No. 20-1791 (JEB)<br><br>**FILED *EX PARTE* AND UNDER SEAL** |

## UNITED STATES' MOTION TO UNSEAL

The United States of America, by and through its undersigned counsel, respectfully moves to unseal the following documents in this matter: (i) the United States' motion for leave to file under seal (ECF No. 7); (ii) the Court's Order granting the United States' motion for leave to file under seal; (iii) the United States' motion for interlocutory sale (ECF No. 9); (iv) the Court's Order of September 1, 2020, granting the United States' motion for interlocutory sale; and (v) this Motion.[1]  The United States respectfully requests, if the Court's schedule permits, that the Court act on this Motion on or before the morning of Thursday, October 29, 2020.

The Court permitted these matters to be filed under seal to protect the security of: (i) the United States' efforts to seize the Defendant Properties; (ii) the identities of potential purchasers of the Defendant Properties; and (iii) the governmental officials and private persons and entities involved in those operations.  The United States has conducted an interlocutory sale of the

---

[1] As the matters discussed herein were submitted *ex parte* and under seal, the United States files this motion using the same treatment.  That said, and as noted herein, the United States seeks to unseal this Motion as part of its requested relief.

Defendant Properties pursuant to the Court's Order of September 1, 2020, and, as a result of that sale, the Defendant Properties are no longer in the possession, custody, or control of the United States.  As such, while the United States will continue to take steps to protect the security of its operations and those involved in them, the need to maintain a seal over the Government's prior filings has dissipated, and the United States believes it is appropriate for the Court to now unseal those filings.

The United States intends to file a further status report with the Court detailing the amounts received as a result of the interlocutory sale—which will constitute the substitute res subject to forfeiture in this action—when all such amounts have be transmitted to the United States and deposited into an interest-bearing account maintained by the Government as provided for in the Court's interlocutory sale order.

Dated: October 27, 2020
       Washington, DC

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By:      */s/ Brian P. Hudak*
    BRIAN P. HUDAK
    MICHAEL P. GRADY
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-2549

*Attorneys for the United States of America*