

**FILED**
OCT 29 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-1791 (JEB) |
| ) | |
| ALL PETROLEUM PRODUCTS ABOARD ) | |
| THE *BELLA* WITH INTERNATIONAL ) | |
| MARITIME ORGANIZATION NUMBER ) | |
| 9208124, et al., ) | |
| ) | |
| Defendants In Rem. ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of the United States' motion to unseal, and the entire record herein, it is hereby:

ORDERED that the United States' motion is GRANTED; and it is further

ORDERED that the following documents on the docket of this matter are hereby UNSEALED: (i) the United States' motion for leave to file under seal (ECF No. 7); (ii) the Court's Order granting the United States' motion for leave to file under seal; (iii) the United States' motion for interlocutory sale (ECF No. 9); (iv) the Court's Order of September 1, 2020, granting the United States' motion for interlocutory sale; and (v) the United States' motion to unseal (ECF No. 16).

SO ORDERED:

10/29/20
Date

JAMES E. BOASBERG
United States District Judge