UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PETROLEUM PRODUCTS ABOARD THE *BELLA* WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124, et al.,<br><br>Defendants In Rem,<br><br>- and -<br><br>MOBIN INTERNATIONAL LIMITED, et al.,<br><br>Claimants. | Civil Action No. 20-1791 (JEB) |

## UNITED STATES' STATUS REPORT

By and through its undersigned counsel, Plaintiff United States of America ("United States" or "Government") respectfully submits this status report pursuant to the Court's Minute Order of October 19, 2020, regarding the schedule for briefing the motion to dismiss (ECF No. 13) filed by Claimants Mobin International Limited, Oman Fuel Trading Ltd., and Sohar Fuel Trading LLC FZC (collectively, "Claimants"), and Claimants' responses to the United States' Special Interrogatories.

The United States completed its review of Claimants' responses to the United States' Special Interrogatories. Claimants did not answer a number of the interrogatories (*see* Special ROG Resps., attached hereto as Exhibit A), and thus, the United States believes that its time to respond to Claimants' motion to dismiss has not yet begun to run. *See* Fed. R. Civ. P., Supp. R. G(6)(c).

After concluding its review, the United States sent a letter to Claimants' counsel regarding the deficiencies in Claimants' responses, identifying the interrogatories that the United States believes Claimants improperly refused to answer and call for information that is highly relevant to the Court's consideration of this matter. *See* Letter of 11/2/2020, Ex. B. Government counsel understand that Claimants are reviewing the United States' letter and intend to respond in the near future.

To allow the parties additional time to discuss and hopefully resolve these issues, the United States respectfully requests the opportunity to provide a further status report to the Court on or before November 25, 2020. In that Status Report, the United States will apprise the Court as to the status of Claimants' responses to the Government's special interrogatories and propose a schedule either (i) to brief a motion to compel Claimants' responses to the identified interrogatories or (ii) to complete briefing on Claimants' motion to dismiss and the United States' anticipated cross-motion for summary judgment

Dated: November 4, 2020
Washington, DC

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By:     /s/
BRIAN P. HUDAK
MICHAEL P. GRADY
Assistant United States Attorneys
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7566 (main line)

*Attorneys for the United States of America*