UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ALL PETROLEUM PRODUCTS ABOARD THE *BELLA* WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124, et al.,<br><br>　　　　　Defendants In Rem,<br><br>　　　- and -<br><br>MOBIN INTERNATIONAL LIMITED, et al.,<br><br>　　　　　Claimants. | Civil Action No. 20-1791 (JEB) |

## UNITED STATES' STATUS REPORT

By and through its undersigned counsel, Plaintiff United States of America ("United States" or "Government") respectfully submits this status report pursuant to the Court's Minute Order of November 5, 2020, regarding the schedule for briefing the motion to dismiss (ECF No. 13) filed by Claimants Mobin International Limited, Oman Fuel Trading Ltd., and Sohar Fuel Trading LLC FZC (collectively, "Claimants"), and Claimants' responses to the United States' Special Interrogatories.

As noted in the United States' prior status report, the United States completed its review of Claimants' responses to the United States' Special Interrogatories. Claimants did not answer a number of the interrogatories, and thus, the United States believes that its time to respond to Claimants' motion to dismiss has not yet begun to run.

- 2 -

After concluding its review, in early-November, the United States sent a letter to Claimants' counsel regarding the deficiencies in Claimants' responses, identifying the interrogatories that the United States believes Claimants improperly refused to answer and that call for information that is highly relevant to the Court's consideration of this matter. Last Thursday, November 19, 2020, Claimants responded to the United States' letter, reaffirming their position that they need not respond further to the United States' Special Interrogatories.

The United States is considering how to proceed in light of Claimants' response. Due to matters and deadlines in other pending matters, and a family matter that has forced one member of the United States' litigation team to be away from the office, the United States respectfully requests the Court provide it an additional period of time to present its proposal for further proceedings in this matter. As indicated in the United States' last status report, that proposal will likely consist of a schedule either (i) to brief a motion to compel Claimants' responses to the identified interrogatories or (ii) to complete briefing on Claimants' motion to dismiss and the United States' anticipated cross-motion for summary judgment.

Accordingly, the United Sates respectfully requests that the Court permit it to file a further status report on or before December 23, 2020, setting forth its proposal for further proceedings. The United States intends to meet and confer with Claimants' counsel in formulating its proposal, including a proposed briefing schedule.

\* \* \*

- 3 -

Dated: November 24, 2020
      Washington, DC

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By:       /s/
BRIAN P. HUDAK
MICHAEL P. GRADY
Assistant United States Attorneys
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7566 (main line)

*Attorneys for the United States of America*