UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ALL PETROLEUM PRODUCTS ABOARD  )<br>THE *BELLA* WITH INTERNATIONAL  )<br>MARITIME ORGANIZATION NUMBER  )<br>9208124, et al.,  )<br>)<br>Defendants In Rem,  )<br>)<br>- and -  )<br>)<br>MOBIN INTERNATIONAL LIMITED, et al.,  )<br>)<br>Claimants.  )<br>) | Civil Action No. 20-1791 (JEB) |

### UNITED STATES' STATUS REPORT

By and through its undersigned counsel, Plaintiff United States of America ("United States" or "Government") respectfully submits this status report pursuant to the Court's Minute Order of November 25, 2020, regarding the schedule for briefing the motion to dismiss (ECF No. 13) filed by Claimants Mobin International Limited, Oman Fuel Trading Ltd., and Sohar Fuel Trading LLC FZC (collectively, "Claimants").

Government counsel contacted Claimants' counsel to discuss an appropriate schedule to govern briefing in this action. Claimants' counsel requested a brief period of additional time to continue the parties' discussions regarding that briefing schedule. Accordingly, the United States respectfully requests that the Court permit it to file a further status report on or before January 8, 2020, setting forth a joint proposed briefing schedule.

- 2 -

Dated: December 22, 2020
Washington, DC

                        Respectfully submitted,

                        MICHAEL R. SHERWIN
                        Acting United States Attorney


                        By:      /s/
                            BRIAN P. HUDAK
                            MICHAEL P. GRADY
                            Assistant United States Attorneys
                            555 Fourth Street, NW
                            Washington, DC 20530
                            (202) 252-7566 (main line)

                       *Attorneys for the United States of America*