**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMIBA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALL PETROLEUM-PRODUCT CARGO | ) |
| ABOARD THE BELLA WITH | )     Civ. No. 20-cv-01791 (JEB) |
| INTERNATIONAL MARITIME | ) |
| ORGANIZATION NUMBER 9208124, et al., | ) |
| | ) |
| Defendants In Rem, and | ) |
| | ) |
| MOBIN INTERNATIONAL LIMITED, | ) |
| | ) |
| OMAN FUEL TRADING LTD., and | ) |
| | ) |
| SOHAR FUEL TRADING LLC FZC, | ) |
| | ) |
| Claimants. | ) |

**CLAIMANTS' COUNSEL'S MOTION FOR LEAVE TO WITHDRAW**

Erich C. Ferrari, Esq., and Ferrari & Associates, P.C. (collectively, "the Firm"), counsel for Claimants Mobin International Ltd., Oman Fuel Trading Ltd., and Sohar Fuel Trading LLC FZC (collectively, "Claimants"), move this Court for an order granting them leave to withdraw as counsel of record for Claimants pursuant to LCvR 83.6(c). ███████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████

1.      The Firm seeks by motion to withdraw as counsel of record for Claimants in this

instant matter. ████████████████████████████████

████████████████████████████████████████

████████████████████████ The Firm's withdrawal from this case would not unduly

delay trial of the case nor would it be unfairly prejudicial to any party. ████████████

████████████████████████████████████████

████████████ Accordingly, the Court should grant the Firm's motion for leave to withdraw

as counsel of record pursuant to LCvR 83.6(c).

2.      LCvR 83.6(b) states that—in cases where a party is not represented by other legal

counsel—an attorney may withdraw an appearance only by order of the Court upon motion by the

attorney served on all parties to the case. Any such motion must be accompanied either by (1) a

certificate of service listing the party's last known address and stating that the attorney has served

upon the party a copy of the motion and a notice advising the party to obtain other counsel; or (2)

if the party intends to conduct the case *pro se* or objects to the attorney's withdrawal, a notification

to the Court in writing within seven days of service of the motion.

3.      LCvR 83.6(d) specifies the conditions under which the Court can deny a motion for

leave to withdraw an appearance. These include where the withdrawal would (1) unduly delay trial

of the case; (2) be unfairly prejudicial to any party; or (3) otherwise not be in the interest of justice.

Courts have also considered additional factors when reviewing a motion for leave to withdraw,

including such "factors as the length of time the case and dispositive motions have been pending,

the time it would take for the unrepresented party to search for and secure new legal representation,

and the degree of financial burden that counsel would suffer if the court required him to remain in

the case." *Byrd v. Dist. of Columbia*, 271 F. Supp. 2d 174, 176 (D.D.C. 2003) (citing *Barton v. Dist. of Columbia*, 209 F.R.D. 274, 277-78 (D.C. 2002)).

4. ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████

5.    This Court should grant the Firm's motion for leave to withdraw as counsel of record for the Claimants, as doing so will not cause undue delay to trial of the case; will not be unfairly prejudicial to either the Claimants or the Government; and will not be contrary to the interests of justice. In the absence of these factors, LCvR 83.6(d) states that the courts should permit counsel's withdrawal of an appearance.

6.    As the Court is aware, the Government is due to file a status report on or before January 8, 2021, which may include a proposed schedule for briefing a motion to compel

Claimants' responses to the special interrogatories and a proposed schedule for completing briefing on Claimants' motion to dismiss. The Firm is seeking to withdraw its appearance as counsel of record prior to the Court's issuance of a scheduling order for briefing of these two motions. This is the most opportune time for the Firm's withdrawal, insofar as it permits the parties to tailor any proposed briefing schedule to Claimants' procurement of new counsel to represent it in this matter. Indeed, this Court can set a scheduling order that accounts for Claimants' need to hire new counsel without unduly delaying trial of the case.

7.     Nor would delay necessarily work to the detriment of the parties, either. Indeed, this Court has ordered the Defendant Property to be sold by the United States "free and clear of any and all liens, claims, interests, and encumbrances in a commercially feasible manner . . ." ECF No. 10. Further,  "all net proceeds from the Sale . . . shall be held in an interest-bearing account maintained by the Government pending the conclusion of the action." *Id*. Accordingly, the Government has been given permission to sell the property at issue in this matter and to retain the proceeds in an interest-bearing account pending conclusion of this matter. The Government does not stand to lose any value in the proceeds of the property through a short delay as Claimants seek new counsel to represent their interests in this matter. This is because the property has already been sold and the proceeds are being held in an interest-bearing account, there by mitigating the cost of maintaining the property. Thus, the Government would not be prejudiced by any delays arising from the Firm's withdrawal, nor are Claimaints at risk of losing more than they already have by virtue of any such delay.

8.     Further, as this matter has been held in abeyance while the Government decides how to respond to Claimants' responses to the special interrogatories, Claimants do not stand to be prejudiced by obtaining new legal counsel to represent its interests. ████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████

9.    No additional factors merit a different result. ██████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████

10.    ██████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████

11.    █████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

12.    █████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████

13.    The Firm has conferred with the Government, and the Government has indicated that it takes no position with respect to this motion.

14.    For the foregoing reasons, the Firm respectfully moves this Court for entry of an order granting them leave to withdraw as counsel of record for the Claimants. A proposed order is attached.


Dated: December 30, 2020                    Respectfully submitted,


                                            Erich C. Ferrari, Esq.
                                            Ferrari & Associates, P.C.
                                            1455 Pennsylvania Ave., NW
                                            Suite 400
                                            Washington, D.C. 20004
                                            Telephone: (202) 280-6370

Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Attorney for Claimants*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to LCvR 83.6(c), Erich C. Ferrari, Esq. and Ferrari & Associates, P.C. (the "Firm") served upon Mobin International Ltd., Oman Fuel Trading Ltd., and Sohar Fuel Trading LLC FZC ("Claimants"), by email, a copy of this Motion to Withdraw and notice advising Claimants to obtain other counsel.

Mobin International Ltd.'s address is:

Samika Kohli
Mobin International, Ltd.
P.O. Box 1141195
1303, Nassim Tower
Sheikh Zayed Road
Dubai, UAE
Email: ████████████████████

Oman Fuel Trading Ltd.'s address is:

Mahmoud Madanipour
51 Creighton Road
London W5 4SH
United Kingdom
Email: ██████████████

Sohar Fuel Trading LLC FZC's address is:

Mahmoud Madanipour
Sohar Fuel Trading LLC FZC
P.O. Box 100
Sohar Free Zone
Sohar, North Al Batinah 322
Sultanate of Oman
Email: ██████████████

Dated: December 30, 2020                        Respectfully submitted,


                                                <u>Erich C. Ferrari, Esq.</u>

Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253