UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PETROLEUM PRODUCTS ABOARD THE *BELLA* WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124, et al.,<br><br>Defendants In Rem,<br><br>- and -<br><br>MOBIN INTERNATIONAL LIMITED, et al.,<br><br>Claimants. | Civil Action No. 20-1791 (JEB) |

## UNITED STATES' STATUS REPORT

By and through its undersigned counsel, Plaintiff United States of America ("United States" or "Government") respectfully submits this status report pursuant to the Court's Minute Order of December 23, 2020, regarding the schedule for briefing the motion to dismiss (ECF No. 13) filed by Claimants Mobin International Limited, Oman Fuel Trading Ltd., and Sohar Fuel Trading LLC FZC (collectively, "Claimants").

Claimants' counsel has sought to withdraw from this matter (ECF No. 23). If the Court grants that motion, Claimants will need to retain substitute counsel to proceed. Claimants, which are corporations and limited liability companies, cannot appear *pro se* in this action. *See, e.g., Alexian Bros. Med. Ctr. v. Sebelius*, 63 F. Supp. 3d 105, 108 (D.D.C. 2014) (Howell, J.) ("corporate entities are not permitted to appear *pro se* and, therefore, absent counsel, this action will be dismissed") (citing, among others, *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02

(1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.")); *Partridge v. Am. Hosp. Mgmt. Co., LLC*, 289 F. Supp. 3d 1, 25 (D.D.C. 2017) (Contreras, J.) (applying rule to limited liability company); *Kumaran v. ADM Inv. Servs., Inc.*, Civ. A. No. 20-3873, 2020 WL 4926263, at *1 (S.D.N.Y. Aug. 20, 2020) ("a limited liability company, including a sole-member or solely owned limited liability company, cannot appear in federal court without an attorney").

Accordingly, to allow a period for the Court to resolve Claimants' counsel's motion, and if granted, to allow for Claimants to attempt to find substitute counsel, the United States proposes that the Court stay all other events in this matter until 30 days after the Court resolves the pending motion to withdraw.  The United States proposes to file a further status report with a proposed schedule for this action at the conclusion of that 30-day period.

If the Court denies Claimants' counsel's motion, the United States will confer with Claimants' counsel on an appropriate schedule for further briefing on Claimants' pending motion to dismiss and the United States' anticipated cross-motion for summary judgment.  If the Court grants the pending motion to withdraw and Claimants obtain substitute counsel, the United States will confer with substitute counsel on an appropriate schedule.  If the Claimants do not obtain substitute counsel, the United States will move to dismiss Claimants' claims in this suit based on the rule stated above and proceed with a motion for default judgment.

\*     \*     \*

Dated: January 8, 2021
       Washington, DC

                                      Respectfully submitted,

                                      MICHAEL R. SHERWIN
                                      Acting United States Attorney

                                   By:        /s/

                                        BRIAN P. HUDAK
                                      MICHAEL P. GRADY
                                      Assistant United States Attorneys
                                      555 Fourth Street, NW
                                      Washington, DC 20530
                                      (202) 252-7566 (main line)

                                   *Attorneys for the United States of America*