UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PETROLEUM PRODUCTS ABOARD THE *BELLA* WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124, et al.,<br><br>Defendants In Rem, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-1791 (JEB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' STATUS REPORT

By and through its undersigned counsel, Plaintiff United States of America ("United States" or "Government") respectfully submits this status report pursuant to the Court's Minute Order of April 19, 2021.

As background, on July 1, 2020, the United States commenced this forfeiture action *in rem* against the Defendant Properties by filing a verified complaint for forfeiture. *See* ECF No. 1. Thereafter, Pursuant to the Court's Order of September 1, 2020 (ECF No. 10), the United States sold the Defendant Properties, and the net proceeds from that sale became the substitute res subject to forfeiture in this action. Fed. R. Civ. P. Supp. R. G(7)(b)(iv).

On September 1, 2020, Mobin International Limited, Oman Fuel Trading Ltd., Sohar Fuel Trading LLC FZC (collectively the "Mobin Claimants") filed a verified claim for the Defendant Properties. *See* ECF No. 11. Thereafter, counsel for the Mobin Claimants withdrew, and the Mobin Claimants have failed to otherwise appear or prosecute their claim in this action.

Accordingly, this same date the United States has filed (1) a declaration of publication attesting that the United States has fulfilled the notice requirements of Supplemental Rule G(4)(a)

as to the Defendant Properties; and (2) a declaration of default pursuant to Rule 55(a) requesting that the Clerk of the Court declare the following are in default: (i) the Defendant In Rem (namely, the proceeds of the interlocutory sale of Defendant Properties as substitute res); (ii) the Mobin Claimants; and (iii) all other parties that might have an interest in the Defendant Properties.

Once the Clerk of the Court enters default against these persons, the United States intends to move for a default judgment of forfeiture as to the substitute res for the Defendant Properties. Due to deadlines in other pending matters, the United States respectfully requests that the Court permit it through and including June 25, 2021 (i.e., 60 days from today), to file its motion for default judgment (provided that the Clerk of the Court has entered default by that date).  The United States also intends to file on or before that date a declaration accounting for the proceeds and costs of the interlocutory sale to identify the precise amount of the substitute res (before interest).

Dated:  April 26, 2021
            Washington, DC

          Respectfully submitted,

          CHANNING D. PHILLIPS, D.C. Bar #415793
          Acting United States Attorney

By:       */s/ Brian P. Hudak*
      BRIAN P. HUDAK
      MICHAEL P. GRADY
      Assistant United States Attorneys
      555 Fourth Street, NW
      Washington, DC 20530
      (202) 252-7566 (main line)

*Attorneys for the United States of America*