Default - Rule 55A                                                                                              (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        Plaintiff(s)

v.                                                                                            Civil Action: 20-cv-01791-JEB

ALL PETROLEUM-PRODUCT CARGO ABOARD THE BELLA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124 et al

        Defendant(s)

**RE:** ALL PETROLEUM-PRODUCT CARGO ABOARD THE BELLA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124;
ALL PETROLEUM-PRODUCT CARGO ABOARD THE BERING WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9149225;
ALL PETROLEUM-PRODUCT CARGO ABOARD THE PANDI WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9105073;
ALL PETROLEUM-PRODUCT CARGO ABOARD THE LUNA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208100

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with complaint and warrant for arrest in rem on March 29, 2021, and an affidavit on behalf of the plaintiff having been filed, it is this 29th day of April, 2021 declared that defendant(s) is/are in default.

                                              ANGELA D. CAESAR, Clerk

                          By:    /s/ Tonya Hightower
                                              Deputy Clerk