UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　Plaintiff,<br><br>　v.<br><br>**ALL PETROLEUM-PRODUCT CARGO ABOARD THE BELLA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9208124,** *et al.***,**<br><br>　Defendants In Rem. | Civil Action No. 20-1791 (JEB) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's Motion for Default Judgment is GRANTED;

2. The Mobin Claimants' claim is STRICKEN; and

3. The substitute res for the Defendant properties, including any accrued interest, is FORFEITED to the United States, and title thereto is vested in the United States and no other person.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *James E. Boasberg*
　　　　　　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  October 1, 2021

1